An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA DEPARTMENT OF PUBLIC SAFETY DIVISION OF PAROLE AND PROBATION; AND NEVADA DEPARTMENT OF ADMINISTRATION, Appellants,

vs.

KARL CHRISTOPHERSON, Respondent.

No. 62691

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Appellants have filed a notice of withdrawal of appeal, which this court construes as a motion to voluntarily dismiss this appeal. Having considered the unopposed motion, we grant it. The parties are to bear their own costs and fees. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.[1]

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Doug Smith, District Judge
     William C. Turner, Settlement Judge
     Attorney General/Las Vegas
     Law Office of Daniel Marks
     Eighth District Court Clerk

---

[1]In light of this order, we deny as moot all requests for relief currently pending in this matter.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-26460